No. 953. BRITISH-AMERICAN OIL PRODUCING CO. *v.* BOARD OF EQUALIZATION ET AL. June 1, 1936. Petition for writ of certiorari to the Supreme Court of Montana

.granted. *Messrs. E. K. Cheadle, Jr.,* and *E. J. McCabe* for petitioner. *Mr. Raymond T. Nagle* for respondents.